# EXHIBIT 1

FD-1023 Reporting Document

OFFICIAL RECORD

[redacted] 1 of 3

[redacted]

## Reporting Details

**Date of Contact**
1/22/2024

[redacted]

**Date of Report**
1/25/2024

[redacted]

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI system.

[redacted]

*CHS Reporting*

[redacted] On 01/22/2024, Special Agents [redacted] contacted CHS [redacted] via telephone [redacted] This was the first contact with the CHS. The CHS has not provided information in the past and continues to be vetted. CHS furnished the following information:

[redacted] Haitham M. Al ((Dulaimi)), date of birth 06/01/[redacted], phone number 502-436-0358, address 6544 Miles Avenue, Louisville, KY, is smuggling weapons to Iraq. Dulaimi is shipping vehicles to Iraq and is hiding the weapons inside the vehicles.

[redacted] Dulaimi purchases the vehicles from COPART.com, fixes the vehicles, then ships the vehicles to Iraq using Sea Star shipping located in Michigan.

[redacted] Dulaimi purchases guns from gun shows and can sell them in Iraq for five times what he pays in the United States. Dulaimi has purchased 30 guns at a time from gun shows.

[redacted] CHS stated he/she has sold guns to Dulaimi when he/she understood it was legal. As soon as ATF visited CHS and told CHS it was not legal, the CHS stopped. CHS would buy guns from a gun store and then sell them to Dulaimi.

[redacted] CHS agreed to a follow on meeting.

[redacted]

[redacted]



OFFICIAL RECORD

[redacted]

[redacted]

# FD-1023 Reporting Document

OFFICIAL RECORD

[redacted] 1 of 3

[redacted]

## Reporting Details

**Date of Contact**
5/12/2024

[redacted]

**Date of Report**
5/24/2024

[redacted]

FD-1023 Reporting Document

OFFICIAL RECORD

[redacted]

*CHS Reporting*

[redacted] On 05/12/2024, captioned confidential human source (CHS) contacted writer via phone stating, "He is back home". CHS also sent a picture [redacted] It is understood that "he", and the picture, are ((Haitham)) Al Dulaimi.

[redacted] It is also understood that Haitham returned form Iraq.

[redacted] The picture and text was forwarded to [redacted] on 05/12/2024.

[redacted]

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI system.

[redacted]

[redacted]

FD-1023 Reporting Document [redacted] 1 of 4

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a certified FBI system.

[redacted]

**Date of Contact**
1/25/2024

[redacted]

**Date of Report**
1/31/2024

[redacted]

[redacted]

*CHS Reporting*

[redacted] On 01/25/2024, Special Agents [redacted] with Confidential Human Source (CHS), [redacted] who was recently opened, continues to be vetted, and is not fully trusted at this time. CHS furnished the following information:

[redacted]
Haitham Al ((Dulaimi)) started his vehicle business (Shipping vehicles overseas) on or about 2017/18. Dulaimi co-owns Al Auto Sales LLC, address 3602 S 7th St Louisville, KY. Al Auto Sales LLC is also co-owned by [redacted] CHS explained that [redacted] is the true owner of Al Auto Sales LLC; however, because of multiple city violations, [redacted] put ownership of the business in Dulaimi's name. Dulaimi was made a co-owner approximately three months ago (September 2023).

[redacted]
Vehicles that are shipped to Iraq can be no older than two years. Most of the vehicles shipped by Dulaimi are newer vehicles that were in car accidents and need to be repaired. Dulaimi acquires these vehicles from dealer auctions. Dulaimi does not have a dealer's license, which is required to purchase vehicles from a dealer auction. Dulaimi would pay a dealer for the use of their dealer's license to make his (Dulaimi's) vehicle purchases. Dulaimi will also act as a shipper for other people who want their vehicles shipped to Iraq.

[redacted]
Dulaimi uses Sea Star Shipping, based out of Michigan, to ship his vehicles to Iraq. Dulaimi's point of contact at Sea Star Shipping is [redacted], phone number [redacted]. Dulaimi has another point of contact at Sea Star Shipping named [redacted] Writer's note: Based on past reporting, [redacted] is understood to be [redacted] who owns and operates Sea Star Shipping].

[redacted]
How Sea Star Shipping picks up the vehicles: Dulaimi contacts Sea Star Shipping, Sea Star Shipping will then send Dulaimi paperwork. Sea Star Shipping will then, based on the number of vehicles being shipped, either 1. Send Dulaimi an empty container and then pick up the full container. 2. Have a tow truck bring the vehicle(s) to Sea Star Shipping, or 3. Have Dulaimi drive the vehicle to Sea Star Shipping.

[redacted]
The vehicles are shipped to Dulaimi's cousins, [redacted] who are brothers. The cousins live in Al Bastani, Baghdad, Iraq. [Writer's note:

[redacted]

Based on a Google maps search, Al Bastani was not found]. CHS stated Al Bastani is a new development in a rural area. All of the homes were built recently. The cousins own a locksmith shop and have a license to sell/buy vehicles. Dulaimi makes approximately $4,000.00 on each vehicle and can make five times the original purchase price of a weapon. The weapons are hidden in the actual container or in the vehicles in the container. CHS stated one of the containers was recently turned back and people are upset because their vehicles did not arrive. Dulaimi recently left the United States and traveled to Iraq because his wife recently had a miscarriage. Bulaimi's sister is engaged to [redacted]

[redacted]

CHS stated Dulaimi and others play dominos almost every Saturday. Dulaimi and others got together and rented an apartment. The apartment is used to play dominos. The CHS did not know the exact location of the Apartment, but stated it was near JnL Designs. [Writer's note: Based on a google search, a JnL designs was located at 838 Glen Hollow Dr. Louisville, KY 40214.

.

[redacted]

CHS stated Dulaimi lives near Strawberry lane. [Writer's note: Based on past reporting, Dulaimi's address is understood to be 6544 Miles Avenue, Louisville, KY, which is near Strawberry lane].

[redacted]

[redacted]



OFFICIAL RECORD

[redacted]

[redacted]

# FD-1023 Reporting Document

OFFICIAL RECORD



[redacted]

## Reporting Details

**Date of Contact**
2/13/2024

[redacted]

**Date of Report**
2/15/2024

[redacted]

[redacted]

FD-1023 Reporting Document

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI system.



[redacted]

*CHS Reporting*

[redacted] On 02/13/2024, Special Agents [redacted] met with captioned Confidential Human Source (CHS) [redacted] The CHS is still being vetted and is not fully trusted at this time. The CHS has provided information in the past and furnished the following information:
[redacted] ((Haitham)) Al Dulaimi has used his father, Munaf Aldulaimi, phone number 502-554-5986, to pick up guns to be smuggled to Iraq.
[redacted] Haitham usually pays for the guns with cash. Haitham has used Western Union to pay the CHS for guns. Haitham payed using Western Union when Haitham is out of the United States (US). The Western Union process follows:
Haitham contacts the CHS and tells the CHS the money is at Western Union. Haitham them gives the CHS a routing number. CHS then goes to a local Western Union, provides the routing number and is issued the money. Haitham has never used payment applications or crypto currency to pay the CHS. CHS stated Haitham is not that sophisticated.
[redacted] CHS did not remember when he/she first met Haitham. CHS stated the first meeting may have been at the Mosque on Bishop Lane, or through dealing with cars. CHS learned that Haitham was moving weapons to Iraq in late 2022. CHS understands Haitham started moving weapons to Iraq on or about 2018, but does not know how Haitham got started.
[redacted] Haitham and his father are currently in Iraq. Haitham's father left before Haitham. Haitham goes to Iraq two or three times a year. Haitham use to stay with his cousins [redacted] (see past reporting); however Haitham recently purchased a house and now lives there with his wife. A month or two before Haitham left for Iraq he was in an altercation with a black male near Haitham's house and type of general store. The CHS understood that Haitham was going to pay the black male for guns, but Haitham did not bring enough money, so the black male shot at Haitham.
[redacted] Haitham has a scheduled US citizenship test in February, which he missed.
[redacted] CHS was unable to go to a local gun show recently. CHS likes to go to gun shows to see the guns and associated equipment. CHS and friends go a shooting range on Dixie Highway.
[redacted] The ATF spoke to an individual named [redacted] on or about May 2023, about weapons purchases. [redacted] use to work for [redacted] (see past reporting). [redacted] would do basic tasks for [redacted] like collect batteries, and cars.
[redacted] CHS does not know who manages the weapon smuggling operation while Haitham is in Iraq. CHS stated [redacted] has nothing to do with weapon smuggling.
[redacted] CHS' brother, who works in an administration position for a national security law enforcement organization in Iraq, told CHS a lot of cars come into the Basra port from the US. CHS' brother has met [redacted] Haitham because the brother was going to buy a car, but decided not to.
[redacted] When the weapons arrive at the Basra port [redacted] pick up the weapons. Either [redacted] works at the port as a police officer or with port security. They also assist with selling the weapons. Before the weapons leave the port an Iraqi government official is required to open the container at a checkpoint(s) where tag numbers are checked and paperwork is completed.
[redacted] An Egyptian man, who shipped a car through Haitham, recently arrived in the US looking for his car because it was never delivered. Haitham told the Egyptian man that he (Haitham) would pay for the car if it is not delivered. When cars are shipped overseas they are shipped under the dealer's name.
[redacted] The shipping company Sea Star (see past reporting) is used because they have employees who speak Arabic.
[redacted] CHS does not know how Haitham fronts the money for the weapons. CHS does not know how/if Haitham gets the money back to the US.
[redacted] The location of the apartment where people play dominos (see past reporting) is 824 Glen Hollow Drive Apartment 820. The people that play dominos at the apartment follow:
CHS, [redacted], and a few car dealers. CHS stated no one at the dominos games have ever discussed smuggling guns.
[redacted] told the CHS that Haitham has video of the CHS selling guns to Haitham.
[redacted] CHS sees [redacted] approximately four times a week due to work.
[redacted] individuals in Louisville, KY purchase and ship parts in container from Texas to Iraq. (NFI)
[redacted]
[redacted] Due to a malfunction with the scanner, the notes from this interview were destroyed before they could be rescanned.

[redacted]

FD-1023 Reporting Document



OFFICIAL RECORD

[redacted]

[redacted]

FD-1023 Reporting Document

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a certified FBI system.

[redacted] 

[redacted]

## Reporting Details

**Date of Contact**
5/1/2024

[redacted]

**Date of Report**
5/1/2024

[redacted]

[redacted]

*CHS Reporting*

[redacted] On 04/30/2024, Special Agents [redacted] met with captioned Confidential Human Source (CHS) [redacted]. The CHS is trusted and is still being vetted at this time. The CHS has provided information in the past and furnished the following information:

[redacted] Haitham's [redacted] told CHS's [redacted] that CHS had "snitched" on Haitham in regards to transporting cars with guns concealed in them.

[redacted] Haitham's sister went to Iraq, but CHS was unsure if she had returned to the United States.

[redacted] CHS's brother in Iraq advised CHS that Haitham received a shipment in Iraq around a month ago (March or April). CHS was unsure who would have sent the shipment from the United States while Haitham was overseas. At the time of the shipment, Haitham's father had not returned to the United States yet, so he could not have sent the shipment. CHS advised shipments are possibly taking longer to arrive at the port because the ships cannot travel through the Red Sea.

[redacted] Haitham's father was arrested at Al's Auto, along the mechanic of the shop, [redacted]. CHS advised [redacted] was arrested due to fraudulent temporary tags and stolen cars.

[redacted] When asked about going to gun shops, CHS advised CHS would sometimes go by himself or with [redacted]. CHS would buy the guns and sell to Haitham. When selling the guns to Haitham, CHS knew Haitham was shipping the guns to Iraq, but did not know that Haitham was shipping the guns through cars when he sold to Haitham. CHS purchased around 10 guns for Haitham. Haitham had five or six other individuals who would purchase guns. Haitham would go to their houses and pay them in cash.

[redacted] When Haitham told CHS that he was shipping the guns through cars, Haitham told CHS that it was legal. CHS began to research and found that the Iraqi government would not import weapons without a specific license. Haitham did not attempt to get an export license for firearms.

[redacted] Haitham has sent more than five or six cars to Iraq.

[redacted] Haitham recently received a new green card in the mail following the expiration of his current green card. CHS believes Haitham will come back in May or June. CHS believes Haitham feels like he is safe and will not get in trouble for shipping the guns through the cars.

[redacted] [redacted] talks to Haitham every day due to their business. [redacted] pays Haitham monthly because Haitham owns the company (Al's Auto). [redacted] changes the ownership on the paperwork for the company, and has had numerous "owners".

[redacted] A previous owner, [redacted] was paid $1,500 to $2,500 a month by [redacted] was the owner on paper approximately three years ago. [redacted] left to open another car lot but not under [redacted] license.

[redacted] Another owner, [redacted] left the company for insurance purposes.

[redacted] CHS did not know why [redacted] never put ownership in a family member's name, such as his brother [redacted]

[redacted] often sells cars to black individuals, and the buyers will bring the cars back to the lot three to five months later. [redacted] will buy the cars back at a cheaper price, and then sell a new car to the individuals. CHS believes the individuals are running drugs through the cars.

[redacted] CHS reported that one time [redacted] said he heard about the guns being shipped in the cars. In or around January, [redacted] said if the FBI talked to him, he would send them to Haitham or CHS.

[redacted] CHS believes Haitham was running the guns through the cars on his own accord, but [redacted] knew about it. Haitham had been shipping weapons through the cars before he had ownership of Al's Auto.

[redacted] When asked where Haitham loads the guns into the cars, CHS was unsure. CHS stated it would be in a container, but he would have to do it at a business or large area. He most likely did not load the guns into the cars at his house.

[redacted] Haitham used to buy all cars at [redacted]

[redacted] CHS reported [redacted] pays CHS approximately $400 to $500 a month for electronics, batteries, keys, etc.

[redacted] CHS did not know if [redacted] would say whether or not CHS had anything to do with the shipment of guns. CHS did not believe that [redacted] had helped in the shipping of guns through cars, but was unsure. Haitham and [redacted] had meetings without CHS.

[redacted] Approximately two weeks ago, Haitham told an Iraqi individual that he would have another car coming to Iraq, [redacted] told CHS that nothing was found in the cars during inspection and they sent the cars back to the United States.

[redacted] In 2023, Haitham and [redacted] got really close through work. Haitham's father began working for [redacted]. Haitham's father once told CHS "they have to put it in the doors or trunks". CHS believed he was referring to the guns.

[redacted] Haitham has a tow truck, and [redacted] would pay him to use it every month.

[redacted] Haitham said he and his cousins had a gun store in Iraq.

[redacted] CHS believes Haitham will start shipping cars again as soon as Haitham gets back to the United States.

[redacted]

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a certified FBI system.

[redacted]

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a certified FBI system.

[redacted]

[redacted]

FD-1023 Reporting Document

OFFICIAL RECORD



[redacted]

## Reporting Details

**Date of Contact**
5/7/2024

[redacted]

**Date of Report**
5/7/2024

[redacted]

OFFICIAL RECORD

[redacted]

*CHS Reporting*

[redacted] On 05/7/2024, Special Agents [redacted] met with captioned Confidential Human Source (CHS) [redacted]. The CHS is trusted and is still being vetted at this time. The CHS has provided information in the past and furnished the following information:

[redacted] CHS began buying guns in early 2023, and stopped when the ATF approached him in April or May of 2023.

[redacted] CHS believes he met Haitham when CHS was a teacher, as CHS taught Haitham's brother, [redacted] who is deaf. On several occasions, Haitham would come to the school for meetings or to pick up [redacted]

[redacted] Haitham buys and sells cars in the United States, and will buy through a dealer's name via auction or Copart. [redacted] put the car dealership under Haitham's name. The name of the dealership has changed a few times. The name of the dealership was previously Dina Auto and Good Price.

[redacted] Haitham would bring CHS cars that were damaged, and CHS would work on the electronic components of the cars (check engine lights, ABS, computers, and keys). [redacted] would ask CHS for key fobs, and to work on cars that do not start.

[redacted] Haitham began talking to CHS about buying firearms in or around the end of 2022 or early 2023. Haitham knew that CHS had guns because CHS posted Facebook videos of [redacted] shooting at the gun range. Haitham asked CHS if CHS had any guns that he could sell to Haitham. Haitham advised CHS he would pay CHS an extra $500-$800 for the guns. CHS began buying guns, such as the Ruger and 5.7. Haitham told CHS he wanted CHS to buy as many guns as he could. CHS did not own a Ruger or 5.7 before Haitham asked CHS to buy them. CHS talked to [redacted], who previously worked for [redacted]. CHS knew [redacted] through his work with [redacted] When [redacted] got in a fight with [redacted] was out of work with [redacted]. This is the reason CHS called [redacted]. CHS thought he would help [redacted] with money.

[redacted] CHS also told [redacted] about CHS's business deal with Haitham.

[redacted] CHS first purchased guns from the store. CHS searched gun stores on Facebook and found N95, which was at an individual's house, and a gun store on Dixie Highway. CHS went with [redacted] to these stores. CHS purchased two guns and [redacted] purchased two guns on their first visit. [redacted] went with the CHS to the gun store one time.

[redacted] Haitham told CHS that Haitham and his cousins had a gun store in Iraq, where they wanted to sell the guns purchased in the United States. Haitham told CHS he was shipping the guns to Iraq.

[redacted] Haitham would go to CHS's house, and would immediately purchase the guns from the CHS following the CHS's purchase. CHS would leave the guns in the gun box when selling to Haitham.

[redacted] CHS stopped purchasing guns when the ATF approached him in April or May of 2023. CHS advised [redacted], and [redacted] stopped purchasing guns at the same time. CHS did not seek out any other individuals to purchase guns. CHS told Haitham CHS would no longer purchase guns following the ATF interaction.

[redacted] Haitham, Haitham's father, who is referred to as "Abu Maythem", [redacted], [redacted], and [redacted] all live in the same home on Southside Drive.

[redacted] Haitham's father came to CHS's house twice to buy guns from CHS. Haitham's father would call CHS before arriving to CHS's house.

[redacted] Of the first two guns the CHS purchased, the cost of one gun was approximately $800, and the second was $1,200. CHS would receive extra money for each sell to Haitham. Haitham would purchase guns from the CHS in cash. One time when Haitham was in Iraq, Haitham sent CHS money through Western Union. When Haitham was in Iraq, CHS would communicate through WhatsApp.

[redacted] Haitham told CHS that Haitham could not purchase guns due to his citizenship status, and that he was not legally able to purchase the guns for himself.

[redacted] In order to ship the containers, Haitham would tell individuals that if they wanted to ship cars, Haitham could consolidate several cars in a container and ship the cars to Iraq in bulk for a cheap price.

[redacted] CHS began researching this process, and found that an individual would need a license to export and send guns to Iraq. CHS spoke to a family member in Iraq in order to find out the process of obtaining a permit. CHS was told the permit would cost $500,000, and the Ministry of Interior Defense in Iraq would need a percentage of the sell.

[redacted] CHS's brother in Iraq told CHS numerous weapons were being shipped through the port in Basra, Iraq. CHS advised each government party has their own dock at the port.

[redacted] When CHS stopped buying guns, Haitham did not stop shipping the guns. Haitham told CHS he purchased guns through the gun show, without paperwork.

[redacted] When asked where Haitham loaded the guns into the cars, CHS was unsure. CHS advised Haitham's parents purchased another house, but they eventually returned to their original house.

[redacted]

[redacted]



OFFICIAL RECORD

[redacted] CHS was unsure about where the Hawala was, but advised [redacted] purchased apartments in Iraq. CHS advised the gun sells pay for the apartments.

[redacted] [redacted] has a large Shia tribe in Iraq. [redacted] family is wealthy and involved in the government.

[redacted] Haitham advised CHS Haitham knows people in Suraya Al Salam (SAS).

CHS was suspicious when Haitham left the country. The Iraqi community in Louisville claims that Haitham got caught and ran away.

[redacted]

[redacted]



OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI system.

[redacted]

[redacted]

FD-1023 Reporting Document

OFFICIAL RECORD



[redacted]

## Reporting Details

**Date of Contact**
5/24/2024

[redacted]

**Date of Report**
5/28/2024

[redacted]

FD-1023 Reporting Document



OFFICIAL RECORD

[redacted]

*CHS Reporting*

[redacted] On 05/24/2024, Special Agents [redacted] met with captioned Confidential Human Source (CHS) [redacted]. The CHS is trusted and is still being vetted at this time. The CHS has provided information in the past and furnished the following information:
[redacted] CHS provided the Facebook user identification (UID) for Haitham Al Dulaimi's Facebook account. The Facebook UID for Haitham Al Dulaimi is 100008528822833.
[redacted] Haitham Al Dulaimi's father told CHS that Haitham did not want to speak with CHS or his brother following Haitham's return to the United States from Iraq. Haitham's father told CHS that he could speak with Haitham in three or four days.
[redacted] CHS advised another individual, [redacted], is giving weapons to Haitham.
[redacted] CHS advised [redacted] car lot currently has a stolen car, a Chevrolet Equinox. CHS advised [redacted] was using this car for parts.
[redacted] Against advice and without direction, CHS told his brother that CHS was cooperating with the government. Unbeknownst to the FBI, CHS advised he told his brother after the third meeting with the FBI.
[redacted] CHS advised Haitham Al Dulaimi now has a new telephone number. CHS advised Haitham is friends with [redacted], who operates cell phone shops.
[redacted] CHS does not know [redacted] brother.
[redacted] When asked about [redacted], CHS advised [redacted] operates a car lot. CHS advised [redacted] is Sunni, and is not related to Haitham Al Dulaimi.

[redacted]

[redacted]

FD-1023 Reporting Document

OFFICIAL RECORD

[redacted] 3 of 3

[redacted]

[redacted]