UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA PLAINTIFF

v. CRIMINAL ACTION NO. 3:24-CR-108-BJB

HAITHAM AL-DULAIMI DEFENDANTS
ABDULLAH ALSAJEE
HAIDER LAZEM
HASAN WASAK

**GOVERNMENT'S EXHIBIT LIST**

*-Electronically Filed-*

Comes now the United States of America, by counsel, and submits the following Proposed Exhibit List. This contains a list of potential trial exhibits. The United States requests leave to amend as necessary pending any agreed stipulations or ongoing trial preparations.

| Exhibit Number | Description | Bates Number |
|---|---|---|
| 1 | Carry Conceal Deadly Weapons license issued 4/20/23 for Haider Lazem | USA-001501 |
| 2 | 2/28/24 Certified License Determination from the United States Department of Commerce | USA-000351-000352 |
| 3 | 9/25/24 Certified License Determination from the United States Department of Commerce | USA-000897-000898 |
| 4 | 9/25/24 Certified Letter from Department of Commerce regarding License History Request | USA-000896 |
| 5 | 2/5/24 Certified Memo from the United States Department of State regarding Registration and License History | USA-000251 |
| 6 | 5/24/20 4473 for one Smith & Wesson NEX7617 firearm signed by Haitham Al-Dulaimi | USA-000590-000592 |
| 7 | 6/20/20 4473 for one S&W MP40 bearing serial NEX7617 purchased from OPS Supply from Munaf Al Dulaimi | USA-000605-000607 |
| 8 | 5/22/21 4473 for one Springfield XD9 bearing serial BA242854 purchased from OPS Supply from Haitham Al-Dulaimi | USA-000593-000595 |
| 9 | 1/10/22 4473 for one CZ 75B firearm bearing serial B707657, one S&W MP920 bearing serial NKD3183, and one Cormac CT15 bearing serial CT00047 purchased from OPS Supply by Haitham Al-Dulaimi | USA-000596-000598 |
| 10 | 1/10/22 Multiple Sale Summary | |
| 11 | 1/23/22 4473 for one Glock 19x bearing serial BPEH614 signed by Munaf al Dulaimi | USA-000608-000610 |
| 12 | 5/30/22 4473 for one FNH 57 bearing serial 38616191 purchased from OPS Supply from Haitham Al-Dulaimi | USA-000599-000601 |
| 13 | 7/2/24 4473 for one Sig Sauer P320 UTAC bearing serial 58H240178 signed by Haitham Al-Dulaimi | USA-000602-000604 |
| 14 | 10/30/22 4473 for one Ruger 5.7 Pro bearing serial 643-54621 purchased from RK Gun Show by Haitham Al-Dulaimi | USA-000578-000576 |
| 15 | 2/12/23 4473 for two Ruger-57 firearms bearing serials 643-27085 & 643-26980 purchased from Cabelas's 444 by Hasan Wasak | USA-000625-000627 |
| 16 | 2/12/23 Multiple Sales Summary for two Ruger 57 firearms | USA-000632 |
| 17 | 3/16/23 4473 for two Ruger-57 firearms bearing serials 643-27062 & 643-28708 purchased from Cabela's 444 by Hasan Wasak | USA-000628-000630 |
| 18 | 3/16/23 Multiple Sales Summary for two Ruger-57 firearms | USA-0006333 |

| | | |
|---|---|---|
| 19 | 4/3/23 4473 for three F.N Herstal firearms bearing serials 386424059, 386432864, and 386428409 purchased from Wolfs Supply by Hasan Wasak | |
| 20 | 4/3/23 Multiple Sales Summary for three F.N. Herstal firearms | USA-000642 |
| 21 | 2/25/23 4473 for one Ruger-57 firearm bearing serial 643-57945 and one FN Herstal firearm bearing serial 386438018 purchased from Walston Motorsports & Outdoors by Haider Lazem | USA-000914-000916 |
| 22 | 2/25/23 Multiple Sales Summary for two firearms | USA-000631 |
| 23 | 3/30/23 4473 for two FN Herstal firearms bearing serials 386442014 & 38615851 purchased from Alpha Guns Inc by Haider Lazem | USA-000634-000640 |
| 24 | 3/30/23 Multiple Sales Summary for two FN Herstal firearms | USA-000641 |
| 25 | 4/7/23 4473 for two Ruger-57 firearms bearing serials 643-79942 & 643-93844 purchased from 95 Bravo Arms and Gunsmithing by Haier Lazem | USA-000643-000649 |
| 26 | 4/7/23 Multiple Sales Summary for two Ruger-57 firearms | USA-000650 |
| 27 | 4/19/23 4473 for two FN America LLC Five-Seven firearms bearing serials 386441181 & 386441493 purchased from 95 Bravo Arms and Gunsmithing by Haier Lazem | USA-000651-000657 |
| 28 | 4/19/23 Multiple Sales Summary for two FN America LLC Five-Seven firearms | USA-000658 |
| 29 | 4/21/23 4473 for two Glock 19x firearms bearing serials BXZF491 & BXZF488 purchased from Cabela's 444 by Haider Lazem | USA-001255-001257 |
| 30 | 4/21/23 Multiple Sales Summary for two Glock 19x firearms | USA-000659 |
| 31 | 4/27/23 4473 for one FN America Five-Seven firearm bearing serial 386441435 and one Ruger-57 firearm bearing serial 643-93653 purchased from 95 Bravo Arms and Gunsmithing by Haider Lazem | USA-000660-000666 |
| 32 | 4/27/23 Multiple Sales Summary for one FN America Five-Seven and one Ruger-57 firearm | USA-000667 |
| 33 | 5/11/23 4473 for two Ruger-57 firearms bearing serials 643-93642 & 643-93589 purchased from 95 Bravo Arms and Gunsmithing by Haider Lazem | USA-000668-000674 |
| 34 | 5/11/23 Multiple Sales Summary for two Ruger-57 firearms | USA-000675 |
| 35 | 5/31/23 4473 for two Ruger-57 firearms bearing serials 643-93757 & 643-93775 purchased from 95 Bravo Arms and Gunsmithing by Haider Lazem | USA-000676 |
| 36 | 5/31/23 Multiple Sales Summary for two Ruger-57 firearms | USA-000683 |
| 37 | 6/7/23 4473 for two Ruger-57 firearms bearing serials 643-93586 & 643-93608 purchased from Alpha Guns Inc. by Haider Lazem | USA-000684-000690 |
| 38 | 6/7/23 Multiple Sales Summary for two Ruger-57 firearms | USA-000691 |

| | | |
|---|---|---|
| 39 | 6/10/23 4473 for Glock G47 firearm bearing serial BZAT565 purchased from 95 Bravo Arms and Gunsmithing by Haider Lazem | USA-000692 |
| 40 | 8/19/23 4473 for Smith & Wesson M&P 5.7 firearm bearing serial PJN5541 and Ruger-57 firearm bearing serial 643-95449 purchased from Alpha Guns In. by Abdullah Alsajee | USA-00252-000255 |
| 41 | 8/19/23 Multiple Sales Summary for one Smith & Wesson M&P 5.7 firearm and one Ruger-57 firearm | |
| 42 | 8/31/23 4473 for one Smith & Wesson M&P 5.7 bearing serial PJV7944 purchased from Everything Concealed Carry of Louisville by Abdullah Alsajee | USA-000734-000741 |
| 43 | 9/9/23 4473 for two FN America Five Seven MRD firearms bearing serial 386434162 & 386440995 purchased from Knob Creek Range by Abdullah Alsajee | USA-000742-000744 |
| 44 | 9/9/23 Multiple Sale Report for two FN America Five Seven MRD firearms | USA-000745 |
| 45 | 9/11/23 4473 for four Fabrique Nationale Five Seven firearms bearing serial 386418344, 386442982, 386442990, & 386446437 purchased from Kentucky Gun Company by Abdullah Alsajee | USA-000276-000282 |
| 46 | 9/11/23 Receipt from Kentucky Gun Company | USA-000294 |
| 47 | 9/11/23 Multiple Sales Summary for four Fabrique Nationale Five Seven firearms | |
| 48 | 9/16/23 4473 for one FN America Five Seven bearing serial 386450890 purchased from Alpha Guns In. by Abdullah Alsajee | USA-000256-000261 |
| 49 | 10/6/23 4473 for four FNH USA Five-Seven firearms bearing serials 386442986, 386442987, 386450988, & 386450987 purchased from Kentucky Gun Company by Abdullah Alsajee | USA-000268-000274 |
| 50 | 10/6/23 Receipt from Kentucky Gun Company | USA-000296 |
| 51 | 10/6/23 Multiple Sales Summary for four FNH USA Five-Seven firearms | |
| 52 | 10/13/23 4473 for one FNH USA Five-Seven bearing serial 386115207 purchased from River City Firearms Inc. by Abdullah Alsajee | USA-000699-000705 |
| 53 | 11/11/23 4473 for one FN America Five Seven firearm bearing serial 386450884 purchased from Alpha Guns In. by Abdullah Alsajee | USA-000262-000265 |
| 54 | 11/11/23 4473 for two GN America Five Seven firearms bearing serials 386446131 & 386452844 purchased from Knob Creek Range by Abdullah Alsajee | USA-000746-000748 |
| 55 | 11/11/23 Multiple Sales Summary for two FN America firearms | USA-000749 |

| | | |
|---|---|---|
| 56 | 11/15/23 4473 for three FNH USA Five-Seven firearms bearing serials 386449674, 386449673, & 386449672 purchased from Kentucky Gun Company by Abdullah Alsajee | USA-000298-000304 |
| 57 | 11/15/23 Receipt from Kentucky Gun Company | USA-000306-000307 |
| 58 | 11/15/23 Multiple Sales Summary for three FNH USA Five-Seven firearms | |
| 59 | 9/16/24 4473 for one Ruger-57 firearm bearing serial 641-22261 purchased from Next Level Ranges by Abdullah Alsajee | USA-000753-000755 |
| 60 | 9/16/24 4473 for two Ruger-57 firearms bearing serial 643-88634 & 643-51783 purchased from Everything Concealed Carry of Louisville by Abdullah Alsajee | USA-000756-000763 |
| 61 | 9/16/24 Multiple Sales Summary for two Ruger-57 firearms | USA-000764-000765 |
| 62 | Electronic Export Information Form | USA-001527-001548 |
| 63 | Records from Seastar regarding shipping container MRKU4360014 | USA-000825-000894 |
| 64 | Records from Seastar regarding shipping container MRKU3145932 | USA-000766-000786 |
| 65 | Records from Seastar regarding shipping container TCKU7909300 | USA-000787-000824 |
| 66 | Photos from search of container MRKU4360014 seized on 02/01/24 | USA-000002-000250; 001549-1602 |
| 67 | Photos from Apple Inc regarding haitham.aldulaimi@icloud.com | USA-000917-000971 |
| 68 | 6/6/24 Interview of Hasan Wasak | USA-WASAK-000008 |
| 69 | 6/15/23 Interview of Haider Lazem | USA-LAZEM-000031 |

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

s/*Alicia P. Gomez*
Alicia P. Gomez
Assistant U.S. Attorney
717 W. Broadway
Louisville, KY 40202
(502) 582-6326
alicia.gomez@usdoj.gov

## CERTIFICATE OF SERVICE

On April 3, 2026, I electronically filed this document through the ECF system, which will send a notice of electronic filing to counsel for the Defendants.

s/ *Alicia P. Gomez*
Alicia P. Gomez
Assistant United States Attorney