UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA PLAINTIFF

v. CRIMINAL ACTION NO. 3:24-CR-108-BJB

HAIDER LAZEM DEFENDANTS
HASAN WASAK

**JOINT STATUS REPORT TO THE COURT**

*- Electronically Filed -*

Comes the United States of America, and the Defendants, Haider Lazem and Hasan Wasak, by counsel, Patrick J. Renn and Kevin Glogower, and, pursuant to this Court's Order directing the parties file a joint status report (DN 95), state as follows:

The United States and Defendant Lazem have reached a resolution and request a change of plea date from the Court.

The United States and Defendant Wasak are continuing to negotiate the case and would request a status hearing with the Court in forty-five (45) days.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney

*s/ Alicia P. Gomez*

Alicia P. Gomez
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-6326
alicia.gomez@usdoj.gov

*s/ Patrick J. Renn* (signed with permission)
Patrick J. Renn
Counsel for Haider Lazem

*s/ Kevin Glogower* (signed with permission)
Kevin Glogower
Counsel for Hasan Wasak

**CERTIFICATE OF SERVICE**

On August 10, 2026, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all Counsel of record.

*s/ Alicia P. Gomez*
Assistant United States Attorney