**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CRIMINAL NO. 3:24CR-00108-BJB**
***Electronically filed***

**HAITHAM AL-DULAIMI**
**ABDULLAH ALSAJEE** **DEFENDANTS**

**NOTICE OF ADMINISTRATIVE FORFEITURE**

The United States hereby gives notice that the United States Customs and Border Protection administratively forfeited the following on April 9, 2024, and therefore, is no longer subject to judicial forfeiture:

a. **Canick, model TP-9SA, 9-millimeter handgun, SN: 18AP09134;**

b. **Ruger, model Ruger -57, 5.7, handgun, SN: 641-93425;**

c. **Glock, model 17, 9-millimeter handgun, SN: BTBN266;**

d. **Glock, model 17, 9-millimeter handgun, SN: BGML075;**

e. **Smith & Wesson, model M&P 9, 9-millimeter handgun, SN: NCU8672;**

f. **Smith & Wesson, model M&P 9, 9-millimeter handgun, SN: NHE0964;**

g. **Glock, model 17, 9-millimeter handgun, SN: BAGV790;**

h. **Sig Sauer, model P320, 9-millmeter handgun, SN: TXR06959;**

i. **Ruger, model Ruger -57, 5.7 caliber handgun, SN: 641-38126;**

j. **Smith & Wesson, model M&P 9, Shield, 9-millmeter handgun, SN: RJX6306;**

k. **Ruger, model Ruger-57, 5.7, handgun 643-38708;**

l. **Palmetto State Armory, model Dagger, 9-millimeter handgun, SN: FG037276;**

m. **Ruger, model Ruger -57, 5.7 caliber handgun, SN: 641-25768;**

n. **Smith & Wesson, model M&P 22, caliber 22 handgun, SN: MP104477;**

o. **Ruger, model Security-9, 9-millmeter handgun, SN: 382-93592;**

p. **Taurus, model PT 24/7 PRO, 9-millimeter handgun, SN: TAV31242;**

q. **HS Product, model XD-9, 9-millimeter handgun, SN: GM731075;**

r. **FN America, model Five-Seven, 5.7 caliber handgun, SN: 386434162;**

s. **Glock, model 17, 9-millimeter handgun, SN: BDLE721;**

t. **Glock, model 17, 9-millimeter handgun, SN: AFDG697;**

u. **FN America, model Five-Seven, 5.7 caliber handgun, SN: 386440995;**

v. **Arex, model Delta L Gen 2, 9-millimeter handgun, SN: G10207;**

w. **Glock, model 19, 9-millimeter handgun, SN: BRNN473;**

x. **Sig Sauer, model P365, 9-millmeter handgun, SN: NRA048886;**

y. **Sig Sauer, model P320, 9-millmeter handgun, SN: M18A040303;**

z. **Heckler & Koch, model P30L, 9-millimeter handgun, SN: 213-040454;**

aa. **Arex, model Rex Zero1, 9-millimeter handgun, SN; GZ11774;**

bb. **Sig Sauer, model P320, 9-millmeter handgun, SN: 58B197699;**

cc. **Glock, model 22, .40 caliber handgun, SN: XKA482;**

dd. **Ruger, model Ruger -57, 5.7 caliber handgun, SN: 643-95449;**

ee. **Glock, model 19, 9-millimeter handgun, SN: BFLM702;**

ff. **Smith & Wesson model M&P 5.7, 5.7 handgun, SN: PJV7954;**

gg. **Smith & Wesson model M&P 5.7, 5.7 handgun, SN: PJV7944;**

hh. **Glock, model 33, .357 caliber handgun, SN: BTCN967;**

ii. **Glock, model 26, 9-millimeter handgun, SN: ZRE818;**

jj. **FN Herstal, model Five-Seven, 5.7 caliber handgun, SN: PJN5541;**

kk. **Smith & Wesson, model M&P 5.7, 5.7 caliber handgun, SN: PJN5541;**

**and**

**ll. Glock, model 26, 9-millimeter handgun, SN: BKSD184.**

Respectfully submitted,

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

s/*Alicia P. Gomez*
Alicia P. Gomez
Assistant United States Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2026, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/ *Alicia P. Gomez*
Alicia P. Gomez
Assistant United States Attorney